# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| Sandra Lynn Riley | : | |
| | : | |
| Debtor | : | Bankruptcy No :   18-17314-mdc |

## ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/6/18 , this case is hereby DISMISSED.

_____
Judge  Magdeline D. Coleman
United States Bankruptcy Judge

Dated:  December 11, 2018

Missing Documents:        Matrix
Certificate of Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106